# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>       Petitioner,<br><br>v.<br><br>ROSIE B. GARCIA,<br><br>       Respondent. | Case No.: 3:03-cv-00307-JAH-RBB<br><br>**ORDER DENYING MOTION TO VACATE PRIOR JUDGMENT**<br><br>[ECF NO. 14] |

  Presently before the Court is Petitioner Roderick Washington's ("Petitioner") Motion to Vacate Prior Judgment, and/or Reconsideration Pursuant to Federal Rules of Civil Procedure 60(b)(5). (ECF No. 14).

  On February 13, 2003, Petitioner, a state prisoner proceeding pro se, submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. 2241. (ECF No. 1). On February 27, 2003, the Honorable Judge M. James Lorenz dismissed the petition. (ECF No. 3). On May 12, 2003, Petitioner filed a motion to vacate the court's judgment pursuant to Federal Rules of Civil Procedure 60(b), [ECF No. 9], which was subsequently denied by Judge Lorenz on May 15, 2003, [ECF No. 12].

  A motion under Rule 60(b) "must be made within a reasonable time . . . no more than a year after the entry of the judgment or order or the date of the proceeding." Fed. R.

1 | Civ. P. 60(c)(1).  Petitioner brings the instant motion 19-years after the last filing in this
2 | matter, as such, the motion is **denied** as untimely.
3 |       **IT IS SO ORDERED.**
4 | DATED: August 9, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE